IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

EFRAIN ROMERO-GARCIA,          *
as father and statutory
next-of-kin of Efrain          *
Romero de la Rosa,
                               *         Case No.
     Plaintiff,
                               *         4:20-cv-158-CDL
v.
                               *
CORECIVIC, INC.,
                               *
     Defendant.

_____

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE

Plaintiff's motion to extend time to serve Defendant Core Civic, Inc., is GRANTED.  Plaintiff shall have until November 2, 2020, to either file a valid waiver of service or to otherwise personally serve Defendant Core Civic, Inc.

IT IS SO ORDERED, this 22nd day of October, 2020.

S/Clay D. Land

_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA