**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

EFRAIN ROMERO-GARCIA, as father
and statutory next-of-kin of Efrain Romero de
la Rosa,

              Plaintiff,

v.

CORECIVIC, INC.,

              Defendant.

Civil Action No. 4:20-cv-00158-CDL

## ORDER GRANTING JOINT MOTION TO STAY RULE 16/26 ORDER REQUIREMENTS

The Court has reviewed the parties' Joint Motion to Stay Rule 16/26 Order Requirements, and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion is granted.

IT IS FURTHER ORDERED that parties shall have until seven days after the Court rules on Defendant's Motion to Dismiss Counts 2 and 3 of Plaintiff's First Amended Complaint to meet and confer regarding their Joint Scheduling Order. The Parties shall file their Joint Proposed Scheduling Order fourteen days thereafter.

Signed: December 28,_____, 2020.

S/Clay D. Land
CLAY D. LAND
United States District Court Judge