IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| EFRAIN ROMERO-GARCIA, as father and statutory next-of-kin of Efrain Romero de la Rosa, | * * * | |
| Plaintiff, | * | Case No. |
| v. | * | 4:20-cv-158-CDL |
| CORECIVIC, INC., | * | |
| Defendant. | * | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff's motion to extend time to respond to Defendant CoreCivic's Motion to Dismiss is GRANTED.  Plaintiff shall have until February 1, 2021, to file his opposition to the pending Motion.

IT IS SO ORDERED, this 21st day of January, 2021.


S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA