**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

EFRAIN ROMERO-GARCIA, as father
and statutory next-of-kin of Efrain Romero de
la Rosa,

                Plaintiff,

v.

CORECIVIC, INC.,

                Defendant.

Civil Action No. 4:20-cv-00158-CDL

**ORDER**

The parties have filed what they describe as an "Agreed Upon Motion for Enlargement of Time To Modify Scheduling Order," explaining that they have not engaged in substantial discovery as contemplated by the existing scheduling order because they have been exploring settlement. This Court does not generally stay discovery or the other scheduling deadlines while parties explore settlement. Nor does consent of the parties constitute good cause to amend a scheduling order. Nevertheless, because this is the parties' first request for a modification of the scheduling order, the Court grants the motion and orders as follows:

1. Plaintiff shall serve expert reports by April 11, 2022.

2. Defendant shall serve expert reports by May 11, 2022.

3. The parties shall exchange Rebuttal reports by June 8, 2022.

4. The Discovery Cut-Off Date is July 11, 2022.

5. Dispositive motions shall be filed by September 12, 2022.

This 10th day of December, 2021

                S/Clay D. Land
                CLAY D. LAND
                U.S. DISTRICT COURT JUDGE
                MIDDLE DISTRICT OF GEORGIA