## IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

EFRAIN ROMERO-GARCIA, as father
and statutory next-of-kin of Efrain Romero de
la Rosa,

           Plaintiff,

v.

CORECIVIC, INC.,

           Defendant.

Civil Action No. 4:20-CV-158 (CDL)

### ORDER GRANTING JOINT UNOPPOSED
### MOTION FOR GBI INVESTIGATIVE DOCUMENTS

The Court having considered the parties' Joint, Unopposed Motion for GBI Investigative Documents, and for good cause shown, hereby GRANTS the parties' Motion and ORDERS as follows:

1.     The Georgia Bureau of Investigation ("GBI") is to produce to the parties, pursuant to the parameters and instructions outlined in this Order, the documents responsive to the requests outlined in Exhibit A of the parties' Motion within fourteen (14) days of the date of this Order.

2.     The production and possession of the documents produced by the GBI will be governed by the Joint Protective Agreement and Order entered by the Court in this case on March 1, 2022 (Doc. 56), with the exception outlined below.

3.     To the extent any of the documents responsive to the parties' requests, as outlined in Exhibit A of the Motion, have already been produced or disclosed to the public or a requesting party pursuant to an open records request or other, similar request, those documents and the production thereof will not be governed by the Joint Protective Agreement.

SO ORDERED this 29th day of March, 2022.

S/Clay D. Land

CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA