**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| EFRAIN ROMERO-GARCIA, as father and statutory next-of-kin of Efrain Romero de la Rosa,<br><br>             Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>             Defendant. | Civil Action No. 4:20-cv-158 (CDL) |

**ORDER GRANTING AGREED UPON MOTION FOR
ENLARGEMENT OF TIME TO MODIFY SCHEDULING ORDER**

The Court having considered the Agreed Upon Motion for Enlargement of Time To Modify Scheduling Order, and for good cause shown it is hereby ORDERED as follows:

1.    Defendant shall serve expert reports by July 8, 2022.

2.    The parties shall exchange Rebuttal reports by October 6, 2022.

3.    The Discovery Cut-Off Date is November 8, 2022.

4.    Dispositive motions shall be filed by January 10, 2023.

This 11th day of May_____, 2022

S/Clay D. Land_____
HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA