IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| EFRAIN ROMERO-GARCIA, as father and statutory next-of-kin of Efrain Romero de la Rosa,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>    Defendant. | Civil Action No. 4:20-cv-00158-CDL |

**PARTIES' NOTICE REGARDING ESI DISCOVERY**

  Efrain Romero-Garcia ("Plaintiff") and CoreCivic, Inc. ("CoreCivic") (collectively, the "Parties"), through their respective counsel and in accordance with the Court's Order (Doc. 72), have agreed to a protocol ("Protocol") governing CoreCivic's collection and production of electronically stored information ("ESI"), which Protocol provides applicable search terms, custodians, applicable time periods for collection, and an agreed-upon date for CoreCivic's substantial completion of its ESI production to Plaintiff, and therefore provides notice to this Court as follows.

  First, the Parties have, as of this same date, filed their Joint Motion and Stipulation for Order Controlling Discovery of Electronically Stored Information.  Second, the Parties have agreed upon the Protocol, which provides ESI search terms, custodians, and applicable time periods for collection.  Third, CoreCivic has agreed to substantially complete its ESI production by July 6, 2022.  Finally, the Parties agree that should Plaintiff believe that discovery warrants either a subsequent enlargement of the collection or additional and/or modified search terms, the parties will initially meet and confer regarding same.  By such agreement, neither Party waives

its rights to request further discovery or object to same (as applicable), and if necessary, seek appropriate relief from the Court if the Parties reach an impasse regarding any further modification of the Protocol.

Accordingly, the Parties do not presently have any discovery disputes regarding CoreCivic's collection and production of ESI discovery.

Dated: May 25, 2022

Respectfully submitted,

s/ Rachel Love
Daniel P. Struck *(pro hac vice)*
   Lead Counsel
Rachel Love *(pro hac vice)*
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com

Jacob D. Massee (GA Bar No. 551890)
David Bobo Mullens, III (GA Bar No. 258029)
Amelia Stevens (GA Bar No. 758771)
OLIVER MANER LLP
218 West State Street
Savannah, Georgia 31401
Phone: (912) 236-3311
Fax: (912) 236-8725
jmassee@olivermaner.com
dbmullens@olivermaner.com

Attorneys for Defendant CoreCivic, Inc.

s/ Irene R. Lax (w/Permission)
Kimberly A. Evans *(pro hac vice)*
Samuel Mukiibi *(pro hac vice)*
Carla Agbiro *(pro hac vice pending)*
Grant & Eisenhofer P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Phone: (302) 622-7086
kevans@gelaw.com
smukiibi@gelaw.com
cagbiro@gelaw.com

Irene R. Lax *(pro hac vice)*
Grant & Eisenhofer P.A.
485 Lexington Ave, 29th Floor
New York, NY 10017
Phone: (646) 722-8512
ilax@gelaw.com

R. Andrew Free *(pro hac vice)*
PO Box 90568
Nashville, TN 37209
Phone: (844) 321-3221
Fax: (615) 829-8959
andrew@immigrantcivilrights.com

Shirley Zambrano
Zambrano & Ruiz, LLC
1995 North Park Place, Suite 240
Atlanta, GA 30339
Phone: (770) 769-5821
szambrano@zambranoandruiz.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of May, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Shirley C. Zambrano | szambrano@zambranoandruiz.com |
| Andrew R. Free | andrew@immigrantcivilrights.com |
| Irene R. Lax | ilax@gelaw.com |
| Kimberly A. Evans | kevans@gelaw.com |
| Samuel Mukiibi | smukiibi@gelaw.com |
| Carla Agbiro | cagbiro@gelaw.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

s/ Rachel Love