**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| EFRAIN ROMERO-GARCIA, as father and statutory next-of-kin of Efrain Romero de la Rosa, <br><br> Plaintiff, <br><br> v. <br><br> CORECIVIC, INC., <br><br> Defendant. | Civil Action No. 4:20-CV-158 (CDL) |

**ORDER GRANTING AGREED UPON MOTION FOR**
**MODIFICATION OF SCHEDULING ORDER**

The Court having considered the Joint Notice for Substitution of Plaintiff's Expert, and for good cause shown, it is hereby ORDERED as follows:

1. Plaintiff shall serve Plaintiff's new expert report on correctional standards by July 18, 2022.

2. Defendant shall serve expert reports by August 18, 2022.

3. The Parties shall exchange Rebuttal reports by October 6, 2022.

4. The Discovery Cut-Off Date is November 8, 2022.

5. Dispositive motions shall be filed by January 10, 2023.

This 15th day of June, 2022

/s/Clay D. Land
HONORABLE CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA