**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

EFRAIN ROMERO-GARCIA, as father
and statutory next-of-kin of Efrain Romero de
la Rosa,

          Plaintiff,

v.

CORECIVIC, INC.,

          Defendant.

Civil Action No. 4:20-cv-00158-CDL

## ORDER GRANTING LEAVE TO COMPLETE LIMITED DISCOVERY

The Court has reviewed the Joint Motion to Allow Completion of Limited Discovery and for good cause shown:

IT IS HEREBY ORDERED granting Plaintiff leave to depose CoreCivic witnesses, J. Williams and P. Blue, for up to four (4) hours each, which are occurring after the discovery deadline in the Court's Scheduling Order, Doc. 81.

IT IS FURTHER ORDERED that Plaintiff shall make every reasonable effort to complete the depositions on or by December 23, 2022.

IT IS FURTHER ORDERED granting CoreCivic leave to obtain and produce in this case pursuant to the parties' Joint Protective Order, Doc. 98, documents received from U.S. Immigration and Customs Enforcement and Department of Homeland Security in response to CoreCivic's *Touhy* request.

    Signed: November 29, 2022.

                      S/Clay D. Land
                      HONORABLE CLAY D. LAND
                      UNITED STATES DISTRICT JUDGE