**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| EFRAIN ROMERO-GARCIA, as father and statutory next-of-kin of Efrain Romero de la Rosa,<br><br>    Plaintiff,<br><br>  v.<br><br>CORECIVIC, INC.,<br><br>    Defendant. | Civil Action No. 4:20-cv-00158-CDL |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE BY FIVE BUSINESS DAYS

The Court having considered the Parties' Joint Motion for an extension of the deadline for parties to file dispositive motions, and for good cause shown, it is hereby ORDERED that the deadline for the parties to file dispositive motions shall be extended five (5) business days, until January 18, 2023, and that all other case management deadlines shall remain in place.

This 9th day of January, 2023

       /s/Clay D. Land
       HONORABLE CLAY D. LAND
       U.S. DISTRICT COURT JUDGE
       MIDDLE DISTRICT OF GEORGIA