**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| EFRAIN ROMERO-GARCIA, as father and statutory next-of-kin of Efrain Romero de la Rosa,<br><br>    Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.,<br><br>    Defendant. | Civil Action No. 4:20-cv-00158-CDL |

## ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE MOTIONS FOR SUMMARY JUDGMENT AND ALL CORRESPONDING EXHIBITS AND DISCOVERY WITH RESTRICTED ACCESS

The Court has reviewed the Joint Motion for Leave to File Motions for Summary Judgment and all Corresponding Exhibits and Discovery with Restricted Access, and for good cause shown:

IT IS HEREBY ORDRED that the Motion is **GRANTED**.

The Parties are ordered to (1) file under restricted access, complete unredacted versions of their Motions for Summary Judgment and all corresponding exhibits and discovery on January 18, 2023; and (2) file public versions of these documents with appropriate redactions to confidential information no later than January 25, 2023.


Signed:  _January 18, 2023


S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT JUDGE