**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

EFRAIN ROMERO-GARCIA, as father
and statutory next-of-kin of Efrain Romero de
la Rosa,

        Plaintiff,

v.

CORECIVIC, INC.,

        Defendant.

Civil Action No. 4:20-cv-00158-CDL

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S RESPONSE TO PLAINTIFF-INTERVENOR'S MOTION FOR LEAVE TO FILE A COMPLAINT IN INTERVENTION

The Court has reviewed Defendant's Unopposed Motion to Extend Deadline for Defendant's Response to Plaintiff-Intervenor's Motion for Leave to File a Complaint in Intervention, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Defendant shall have until **March 6, 2023** to file its Response to Plaintiff-Intervenor's Motion for Leave to File a Complaint in Intervention, and Plaintiff shall have until **March 20, 2023** to file a Reply.

Signed: February 27, 2023.

S/Clay D. Land
CLAY D. LAND
United States District Court Chief Judge